# Court of Appeals
# of the State of Georgia

ATLANTA, __July 22, 2025_____

*The Court of Appeals hereby passes the following order:*

**A26E0003. MARGARET HETHER v. JUSTIN CAMPBELL.**

Appellant, the mother of R. L. H., has filed a notice of appeal from a Catoosa County Superior Court order of July 18, 2025 that, among other things, domesticated an earlier custody order from Tennessee and designated Father as the minor child's "primary legal and physical custodian." Appellant now seeks an emergency supersedeas to stay the trial court's order. See OCGA § 5-6-34 (e).

In light of our earlier decision, see *Hether v. Campbell*, 374 Ga. App. 320 (912 SE2d 349) (2025), and in the interest of maintaining the status quo, Appellant's emergency motion for supersedeas is hereby GRANTED, and the trial court's July 18, 2025 order is stayed pending appeal. See Court of Appeals Rule 40 (b). This order is subject to revision by this Court upon further review of the record on appeal and any submissions of the parties.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__07/22/2025_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*